IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| DESTINY R. SIGFORD,<br>*Plaintiff,*<br><br>v.<br><br>EUGENE HICKMAN, AMANDA LEWIS, JESSICA WALKER, MARK CARGILL, DAVID CERVANTES, COUNTY OF HOUSTON, and TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES<br><br>*Defendants.* | § § § § § § § § § § § § § § CIVIL ACTION NO. 9:23-CV-42-MJT-CLS |

**ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [Dkt. 55]**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the District Court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters [Dkt. 54]. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. On December 18, 2023, the Magistrate Judge entered a Report and Recommendation [Dkt. 55] in which she recommended that this case be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. To date, the parties have not filed objections to the report.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 55] is ADOPTED. This suit is DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SIGNED this 11th day of January, 2024.**

_____
Michael J. Truncale
United States District Judge